STATE OF NORTH CAROLINA v. DAVID JOSEPH OAKLEY

No. 7219SC190

(Filed 23 February 1972)

APPEAL by defendant from *Blount, Special Judge,* 18 October 1971 Session of CABARRUS Superior Court.

Defendant appeals from an order revoking his probation. Following a hearing, the court found the following facts: At the 8 January 1969 Session of Cabarrus Superior Court, defendant entered pleas of guilty to the offenses of leaving the scene of an accident, operating a motor vehicle without a valid license, and driving on the wrong side of the highway. Pursuant to the pleas, defendant was given a prison sentence of two years suspended on condition that defendant be placed on probation for a period of three years. On 2 November 1970, defendant committed the offense of operating a motor vehicle on a public highway without a valid operator's license. On 23 November 1970, and on 27 September 1971, defendant committed the offense of public drunkenness. The commission of said offenses was in violation of the terms of defendant's probation.

Pursuant to said findings, the court revoked defendant's probation and ordered that commitment issue for the two years prison sentence.

*Attorney General Robert Morgan by Andrew A. Vanore, Jr., Deputy Attorney General, for the State.*

*Wesley B. Grant for defendant appellant.*

BRITT, Judge.

Defendant's court appointed counsel with commendable candor states that he has carefully examined the record in this case and can find no error, but asks this court to review the same. That we have done but find no reason to disturb the order appealed from.

Affirmed.

Judges CAMPBELL and GRAHAM concur.